EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Medidas Judiciales para<br>Atender emergencias causadas<br>por el Huracán Earl | 2010 TSPR 190<br><br>179 DPR _____ |

Número del Caso: EM-2010-05

Fecha: 30 de agoto de 2010

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas Judiciales para
atender emergencias causadas
por el Huracán Earl            EM-2010-05

RESOLUCIÓN

San Juan, Puerto Rico, a 30 de agosto de 2010.

Hoy 30 de agosto de 2010 el Servicio Nacional de Meteorología emitió un aviso de huracán para las islas de Vieques y Culebra, y una vigilancia de huracán para Puerto Rico. En vista de la situación climatológica y el riesgo a la vida que pudiera representar este huracán, el Juez Presidente del Tribunal Supremo, Hon. Federico Hernández Denton, decretó la suspensión de los trabajos en los Tribunales y el cierre de las Secretarías y concedió la tarde de hoy, 30 de agosto de 2010, libre a los empleados de la Rama Judicial con cargo a la licencia por desastre natural.

Como resultado de lo anterior y al amparo de nuestra facultad de reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto en los artículos 399 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, por lo que se considerará la tarde de hoy 30 de agosto de 2010 como si fuera día feriado.

Cualquier término a vencer ese día se extenderá hasta el próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo